United States District Court
Southern District of Texas

**ENTERED**
July 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ANKITRACY KONGBI | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:26-CV-1261 |
| | § | |
| ORLANDO PEREZ *et al.* | § | |

## ORDER

Before the Court is the Government's Unopposed Motion to Extend Response Deadline to Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. (Dkt. No. 8). In its motion, the Government seeks to extend the deadline to respond to Petitioner's Petition for Writ of Habeas Corpus from July 30, 2026, to August 3, 2026. (*Id.* at 1).

Federal Rule of Civil Procedure 6 governs the rules regarding extending a deadline set by the Federal Rules of Civil Procedure. Fed. R. Civ. P. 6. When a party moves to extend a deadline before it expires, the court may extend the deadline for "good cause." Fed. R. Civ. P. 6(b)(1). "The permissive language of Rule 6(b) shows that any grant of an extension of time for when an act must be done falls to the district court's discretion." *McCarty v. Thaler*, 376 F. App'x 442, 443 (5th Cir. 2010); *see also SL Pathology Leasing of Texas LLC v. Miraca Life Scis., Inc.*, 2015 WL 672264, at *1 (S.D. Tex. Feb. 17, 2015).

The Government requests an extension, explaining that Petitioner was recently granted asylum and it needs to determine whether ICE will appeal the immigration judge's decision and whether Petitioner will be released. (Dkt. No. 8 at

1

1).

Finding good cause, the Court **GRANTS** the Government's Unopposed Motion to Extend Response Deadline to Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. (Dkt. No. 8). The Court **EXTENDS** the Government's deadline to respond to the Petition to **August 3, 2026**. The Court also **ORDERS** the parties to file an advisory by **August 3, 2026**, addressing the status of Petitioner's detention and the parties' position on entering a final judgment if Petitioner is released.

IT IS SO **ORDERED**.

**SIGNED** on this 30th day of July, 2026.

Christopher A. dos Santos
United States Magistrate Judge

2